# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2019

159136

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

*In re* P.L. BRYANT, Minor.

SC: 159136
COA: 343535
Wayne CC Family Div:
  03-423833-NA

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the January 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2019

Clerk

t0326